IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN K. MELVIN-BATE,

        Plaintiff,                             No. CIV S-06-0112 GGH

     vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendants.               <u>ORDER TO SHOW CAUSE</u>

_____/

        On January 18, 2006, a scheduling order was filed in this case.  Pursuant to this order, plaintiff was to complete service of process within 20 days from the filed date of the complaint, January 13, 2006.  The court has not received a proof of service showing that the defendant has been served.

        THEREFORE, plaintiff is ordered to show cause, within twenty (20) days, why this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).

DATED: 4/5/06

                                               /s/ Gregory G. Hollows
                                               _____
                                               UNITED STATES MAGISTRATE JUDGE

melvin-bate.ord