IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN K. MELVIN-BATE,

      Plaintiff,　　　　　　　　　No. CIV S-06-0112 GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendants.　　　　　　　　<u>ORDER</u>

_____/

        On April 5, 2006, this court issued an order to show cause why this case should not be dismissed for failure to serve process within 20 days from the filed date of the complaint, January 13, 2006.  On April 25, 2006, plaintiff filed a response indicating that service has now been effected, and explaining that the failure of service was due to calendaring error, and a misunderstanding of the procedure for service.  Plaintiff's response is satisfactory.

        THEREFORE, the order to show cause, filed April 5, 2006, is discharged.

DATED: 5/5/06

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH:076/melvin-bate.dch