McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
MARK A. WIN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8980
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAREN K. MELVIN-BATE | Case No. 2:06-CV-00112 GGH |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, in order to provide opportunity for further review of the case. The current due date is October 6, 2006. The new due date will be November 6, 2006.

1     The parties further stipulate that the Court's Scheduling
2 Order shall be modified accordingly.

       /s/ James Hunt Miller
4           (*As authorized on* October 6, 2006)
       JAMES HUNT MILLER
5      Attorney at Law

6      Attorney for Plaintiff


8      McGREGOR W. SCOTT
       United States Attorney
9      BOBBIE J. MONTOYA
       Assistant U.S. Attorney

11 By: /s/ Mark A. Win
            (*As signed on* October 6, 2006)
12     MARK A. WIN
       Special Assistant U.S. Attorney

       Attorneys for Defendant

15 OF COUNSEL:
   LUCILLE GONZALES MEIS
16 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION

18                         ORDER

       APPROVED AND SO ORDERED.

21 DATED: 10/18/06          /s/ Gregory G. Hollows
                            _____
22                          GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE
23
24 melvin.ord

Stip & Proposed Order Re Ext of D's Time                    Page 2