```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
MARK A. WIN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAREN MELVIN-BATE,<br><br>      Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. 2:06-CV-00112 GGH<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the Administrative Law Judge ("ALJ") will be directed to evaluate the lay witness evidence and provide rationale pertaining to the evaluation of symptoms. The ALJ will also be directed to update the record, reassess Plaintiff's

MELVIN-BATE v. CSS
Stip & Proposed Order Re Remand (Sentence 4)
2:06-CV-00112 GGH                                                         Page 1

residual functional capacity, and, if warranted by the expanded record, obtain supplemental vocational expert evidence to determine if Plaintiff can perform other work that exists in significant numbers in the national economy.

It is further stipulated that the administrative decision giving rise to this action is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

DATED: *As Authorized on*          /s/ James Hunt Miller
       *November 3, 2006*          JAMES HUNT MILLER
                                   Attorney at Law

                                   Attorney for Plaintiff

DATED: *November 3, 2006*          McGREGOR W. SCOTT
                                   United States Attorney
                                   BOBBIE J. MONTOYA
                                   Assistant U. S. Attorney


                              By:  /s/ Bobbie J. Montoya for
                                   MARK A. WIN
                                   Special Assistant U. S. Attorney

                                   Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

MELVIN-BATE v. CSS
Stip & Proposed Order Re Remand (Sentence 4)
2:06-CV-00112 GGH                                              Page 2

NOV-03-2006 12:53 From:JAMES HUNT MILLER    510 451 0824        To:9165542900            P

1 residual functional capacity, and, if warranted by the expanded
2 record, obtain supplemental vocational expert evidence to
3 determine if Plaintiff can perform other work that exists in
4 significant numbers in the national economy.
5     It is further stipulated that the administrative decision
6 giving rise to this action is hereby vacated and that the Clerk
7 of this Court shall be directed to enter a separate judgment
8 herein, as provided for under Rules 58 and 79(a) of the Federal
9 Rules of Civil Procedure, pursuant to <u>Shalale v. Schaefer</u>, 509
10 U.S. 292, 113 S. Ct. 2625 [1993].

12 DATED: 11-03-06          *James Hunt Miller*
                                    JAMES HUNT MILLER
13                                     Attorney at Law
14                                     Attorney for Plaintiff

15 DATED: 11/3/2006         McGREGOR W. SCOTT
16                                     United States Attorney
                                    BOBBIE J. MONTOYA
17                                     Assistant U. S. Attorney

19 By: *[signature]*
                                    MARK A. WIN
20                                     Special Assistant U. S. Attorney
21                                     Attorneys for Defendant

22
   OF COUNSEL:
23 LUCILLE GONZALES MEIS
   Chief Counsel, Region IX
24 U.S. Social Security Administration

28
MELVIN-BATS v. CSS
Stip & Proposed Order Re Remand (Sentence 4)
2:06-CV-00112 GGH                                                            Page 2

<u>ORDER</u>

This matter is remanded pursuant to the stipulation of the parties.  The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED:11/13/06                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

melvin-bate.rem