```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
MARK A. WIN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN K. MELVIN-BATE,<br><br>　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　Defendant. | CASE NO. **2:06-CV-00112-GGH**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff, JAMES H. MILLER, be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND AND 00/100 DOLLARS ($3,000.00), and costs in the amount of TWO HUNDRED FIFTY AND 00/100 DOLLARS ($250.00), representing compensation for legal services rendered on behalf of Plaintiff by her attorney in accordance with 28 U.S.C. § 2412(d).

　　This stipulation constitutes a compromise settlement of the

1  request by counsel for Plaintiff for fees, costs, and expenses
2  under the EAJA, and does not constitute an admission of liability
3  on the part of Defendant under the EAJA.  Payment in the above
4  specified amounts shall constitute a complete release from and
5  bar to any and all claims counsel for Plaintiff may have relating
6  to EAJA fees, costs, and expenses in connection with this action,
7  but such award will not prejudice any future request for
8  attorney's fees under the Social Security Act, 42 U.S.C. §
9  406(b).

10

11 DATED: December 21, 2006        /s/ James H. Miller (as authorized
                                    on December 20, 2006)
12                                  JAMES H. MILLER
                                    Attorney at Law
13
                                    Attorney for Plaintiff
14
    DATED: December 21, 2006        McGREGOR W. SCOTT
15                                  United States Attorney

16
                                By: /s/ Bobbie J. Montoya for
17                                  MARK A. WIN
                                    Special Assistant U. S. Attorney
18
                                    Attorneys for Defendant
19
    OF COUNSEL
20
    LUCILLE GONZALES MEIS
21  Chief Counsel, Region IX
    U. S. Social Security Administration
22

23

24

25

26

27

28

MELVIN-BATE v. CSS
EAJA Fee Stip. & Order
2:06-00112                          **2**

ORDER

Upon stipulation of the parties, Counsel for Plaintiff, JAMES H. MILLER, in Case No. 2:06-CV-00112-GGH, <u>KAREN K. MELVIN-BATE v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $3,000.00, and costs in the amount of $250.00, pursuant to the Equal Access to Justice Act.

APPROVED AND SO ORDERED.

DATED: 1/4/07                    /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

melvin.fees